**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 25-6036**

-----

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JAMES ELLIS MATTOCKS, JR.,

        Defendant - Appellant.

-----

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Louise W. Flanagan, District Judge.  (4:09-cr-00017-FL-1)

-----

Submitted:  August 21, 2025                                Decided:  August 26, 2025

-----

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

-----

Affirmed by unpublished per curiam opinion.

-----

James Ellis Mattocks, Jr., Appellant Pro Se.

-----

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Ellis Mattocks, Jr., appeals the district court's order denying his motion for compassionate release, brought pursuant to 18 U.S.C. § 3582(c)(1)(A).  Upon review, we conclude that the district court did not abuse its discretion in denying Mattocks' motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (per curiam) (stating standard of review); *see also Chavez-Meza v. United States*, 585 U.S. 109, 113 (2018) ("At bottom, the sentencing judge need only set forth enough to satisfy the appellate court that he has considered the parties' arguments and has a reasoned basis for exercising his own legal decisionmaking authority." (internal quotation marks omitted)).  Accordingly, we affirm the district court's order.  *United States v. Mattocks*, No. 4:09-cr-00017-FL-1 (E.D.N.C. Jan. 10, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2